**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

IN RE:                                          )
      Jeffrey Dale Bray,              )
                 Debtor    )
                              )     Case No: 09-40910-jwv
                              )     Chapter 13
                              )

## CERTIFICATE OF SERVICE

      I, Susan Bratcher, certify that the Order of the Court Granting the Motion for Post-Confirmation Fees for Susan Bratcher, Fees awarded: $200.00, Expenses awarded:$21.26, was served upon the following by placing a copy of the same in the U.S. Mail, postage prepaid, and sent to their last known address as follows:


Jeffrey Dale Bray
1501 NW B Street
Blue Spring, MO  64015

Richard V Fink, Trustee

February 9, 2010                                  /s/ Susan Bratcher
                                         Susan Bratcher #43944
                                         2601 NE Kendallwood Pkwy, Ste 100
                                         Gladstone, MO 64119
                                         (816) 453-2240 phone
                                         (816) 455-6597 fax
                                         E-Mail: sbratcher1@kc.rr.com
                                         Attorney for Debtor