IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN RE:                                    )
      Jeffrey Dale Bray                  )    Case No. 09-40910
                                        )    Chapter 13
                                        )
      Debtors                           )

## MOTION  FOR POST-CONFIRMATION  FEES

In accordance with Local Rule 2016-1 E, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

_____ *Motion to Suspend or Abate Payments - $200.00*
        Date Application/Motion filed _____     Hearing Date_____
_____ *Motion to Incur Additional Debt - $150.00*
        Date Motion filed_____
_____ *Motion to Distribute Insurance Proceeds  $100.00*
        Date Motion filed_____
_____ *Motion to Retain Tax Refund Greater than $2,500 -  $150.00*
        Date Motion filed_____
_____ *Motion for Payoff of Chapter 13 Plan - $75.00*
        Date Motion filed_____
_____ *Motion for Relief from Stay (divorce) - $200.00*
        Date Motion filed_____
_____ *Defense of Motion for Relief from Stay - $350.00*
        Date Response filed_____     Hearing Date_____
__1__ *Defense of Motion to Dismiss Case - $200.00*
        Date Response filed 04/26/2010
_____ *Certificate of Service Regarding State Tax Returns-$100*
        Date Certificate filed_____
_____ *Obtaining Confirmation of Amended Chapter 13 Plan- $250.00*
        Date Amendments filed_____
_____ *Amendments to Schedules - $150.00*
        Date Amendments filed_____
_____ *Amendments to Schedules I and J with Business Attachments - $200.00*
        Date Amendments filed _____
_____ *Filing Proofs of Claim on behalf of Creditors - $125.00*
        Date Claim filed_____
_____ *Objections to Unsecured Proofs of Claim (no hearing) - $100.00*
        Date Objection filed_____
_____ *Objections to Secured Proofs of Claim (with hearing) - $225.00*
        Date Objection filed_____     Hearing Date_____
_____ *Motions to Sell Property - $200.00*
        Date Motion filed_____     Hearing Date_____
_____ *Motions to Employ Counsel/Professional - $175.00*
        Date Motion filed_____
_____ *Motions to Approve Settlement/Allow Use of Settlement - $175.00*
        Date Motion filed_____     Hearing Date_____
_____ *Motions to Avoid Lien or Avoid Judgment - $200.00*
        Date Motion filed_____
__1__ *Motions to Vacate or Set Aside Order - $125.00*
        Date Motion filed 04/26/2010
_____ *Motions for Emergency Hearing - $100.00*
        Date Motion filed_____
_____ *Appearance at Hearing Due to Trustee's Request for Hearing Based on Debtor's Failure to Cooperate - $125.00*

Date of Hearing_____
$8.50   *Copy Expenses (Number of Copies Multiplied by $.25)*
Document Copied_____34x0.25=8.50_____
$12.76 *Postage Expenses   (Postage Rate Multiplied by Number of Items Mailed)*
Document Mailed_____29x0.44=12.76_____mailed to appropriate
parties: Motion for Post-Confirmation Fees, Defense of Motion to Dismiss Case, Motions to
Vacate or Set Aside Order.

The services indicated above having been completed, additional compensation is hereby

requested in the amount of $_____325.00_____, and expenses in the amount of $_____21.26_____.

**I hereby certify that the services referenced in this motion were actually provided
after confirmation of the plan in this case.**

May 19, 2010                                    /s/Susan Bratcher_____
Date                                            Susan Bratcher #43944
                                                2601 NE Kendallwood Parkway, Suite 100
                                                Gladstone, MO 64119
                                                816-453-2240
                                                816-455-6597
                                                Email: sbratcher1@kc.rr.com
                                                ATTORNEY FOR DEBTOR(S)

### NOTICE OF MOTION

**Any party with an objection is directed to file a Response to the motion  within twenty one
(21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.
Documents can be filed electronically at http://ecf.mowb.uscourts.gov  Information  about
electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is
timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If
no response is filed within twenty one (21) days, the Court will enter an order allowing the
fees.**

### CERTIFICATE OF SERVICE

I hereby certify that appropriate parties will be served either electronically or by U.S. Mail,
including:

Richard V. Fink, Trustee

Jeffrey Dale Bray
1501 NW B Street
Blue Spring, MO  64015

                                                /s/ Susan Bratcher_____
                                                Susan Bratcher #43944